UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tracy O'Neil Lynch      Docket No. 5:09-CR-336-1D

**Petition for Action on Supervised Release**

COMES NOW Brittany N. Simmons, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tracy O'Neil Lynch, who, upon an earlier plea of guilty to Distribution of More Than 50 Grams of Cocaine Base (Crack) and Possession of Firearms in Furtherance of a Drug-Trafficking Crime, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 31, 2011, to the custody of the Bureau of Prisons for a total term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On August 22, 2011, the Fourth Circuit Court of Appeals vacated this sentence, and the case was remanded back to the sentencing court. On December 14, 2011, the defendant was re-sentenced to a total term of 180 months, followed by 5 years of supervised release.

Tracy O'Neil Lynch was released from custody on April 1, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has maintained full compliance since his release from custody. As a component of the U.S. Probation Office's Early Termination Policy, the defendant has agreed to participate in a cognitive behavioral treatment program in order to assist with continued positive thinking patterns. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

/s/ Brittany N. Simmons
Brittany N. Simmons
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8669
Executed On: August 16, 2022

**ORDER OF THE COURT**

Considered and ordered this __17__ day of __August__, 2022, and ordered filed and made a part of the records in the above case.

/s/ J. Dever
James C. Dever III
U.S. District Judge